■ JOHN P., Appellant-Respondent, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Respondents-Appellants. — Motion to dismiss appeal denied; motion to stay hearing denied; motion granted and automatic stay vacated. Memorandum: On the papers submitted, the temporary suspension entered by the commissioner is overbroad and exceeds the authority granted him under the statute. (See Public Health Law, § 230, subd 12.) Present — Dillon, P. J., Hancock, Jr., Denman, Doerr and Boomer, JJ.